**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:22CR79** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KATE RUTH,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on defendant, Kate Ruth's Unopposed Motion to Continue Trial [186].  Counsel needs additional time to review discovery and confer with the defendant.  The parties are advised that no further continuances will be granted absent exceptional circumstances.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [186] is granted **in part**, as follows:

1. The jury trial, now set for March 4, is continued to **April 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and a request for a hearing.**

**DATED:  February 23, 2024.**

                                   **BY THE COURT:**


                                   **s/ Michael D. Nelson**
                                   **United States Magistrate Judge**