# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR79 |
| vs. | ) | |
| KATE RUTH, | ) | ORDER |
| Defendant. | ) | |

This matter came before the court on defendant, Kate Ruth's Unopposed Motion to Continue Trial [189]. Counsel for the parties appeared by telephone before the undersigned magistrate judge. An approved plea agreement has been tendered to defendant's counsel who requires additional time to consult with his client. Under the circumstances, good cause exists for one final continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [189] is granted **in part**, as follows:

1. The jury trial, now set for April 22, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 28, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without a request for a hearing.**

**DATED: April 10, 2024.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**